**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 72.69.179.2**

**ISP:** Verizon Internet Services
**Physical Location:** Scarsdale, NY

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 08/11/2018 02:59:47 | CB77E43971A3AD7F4E82151E70B8A2AB98B9660B | Hot Office Sex |
| 07/22/2018 14:12:22 | 5FD28AA7ADD967571F60FB7B519EC4F06AAA0F0D | Born To Be Wild |
| 07/22/2018 14:06:42 | 9A90BB3B08FBC81CF4CB979FCFB35A4FE35A755B | Sex For Three By The Sea |
| 07/01/2018 15:02:19 | 163567455FA1883BEBA76473B18FD6565141D13E | When You Least Expect It |
| 07/01/2018 14:56:38 | E68430AB4D376E897F0901BF92889FAA026BB10B | The Morning After |
| 06/09/2018 04:08:59 | 44BB7079CC0D20E54C2D2ED0DBA016A4B6581F67 | My Sweet Surrender |

**Total Statutory Claims Against Defendant: 6**

EXHIBIT A

SNY489