UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
MALIBU MEDIA, LLC, :
: Case No. 1:18-cv-08700-PAE
Plaintiff, :
:
vs. :
:
JOHN DOE subscriber assigned IP address, :
72.69.179.2, :
Defendant. :
------------------------------------------------------------------X

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with Defendant John Doe ("Defendant") through his counsel. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. The Defendant was assigned the IP Address 72.69.179.2. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i). The Defendant has neither answered the Complaint nor filed a motion for summary judgment.

Consistent herewith, Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: January 14, 2019

                                  Respectfully Submitted,

By:   /s/ Kevin T. Conway, Esq.
        Kevin T. Conway, Esq. (KC-3347)
        80 Red Schoolhouse Road, Suite 110
        Spring Valley, NY 10977
        T: (845) 352-0206
        F: (845) 352-0481
        Email: ktcmalibu@gmail.com
        *Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

 I hereby certify that on January 14, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: <u>/s/</u> <u>*Kevin T. Conway, Esq.*</u>